**Exhibit Table of Contents**

| Exhibit | Description |
|---|---|
| A | Pro Se FOIA Request |
| B | Email Exchange with OPLA |
| C | ICE FOIA Request |
| D | Second Email Exchange with OPLA |
| E | Subpoena Filed with Immigration Court |
| F | IJ Order on Subpoena Motion |
| G | Rescheduled Individual Hearing |