# Exhibit A

June 3rd 2024

**DETAINED**

**Juan R. Garcia Zavala** [redacted]

Moshannon Valley Processing Center

555 GEO Drive

Philipsburg, PA 16866

2024 JUL 10 A 5:52
OPLA YORK

## FREEDOM OF INFORMATION ACT AND PRIVACY ACT REQUEST

**Freedom of Information**

**Act and Privacy Act Request**

**(DHS) Office of Chief Counsel/**

**Assistant Chief Counsel:**

**2350 Freedom Way, Suite 254,**

**York, PA 17402**

To Whom It May Concern:

My name is Juan Garcia Zavala resident of Oxon Hill, Maryland. Date of birth [redacted],and as per TITLE 5 of the Freedom of Information Act and Privacy Act 5 U.S.C. §552 et. Seq., as amended and procedures set forth in 28 C.F.R. 16, 30-34, and 20.24, I would like to formally request for an adequate search and access to all information pertaining to me of and on these dates **10-14-2014** and **4-25-2024**- which is contained in your system and or subsystems. I was initially deported back in October of twenty fourteen and detained again April twenty-fifth of this year. I was told by an ICE Agent that I am "Tagged" as a MS 13 gang member (With no Intel to verify). I need any and every information on me so that I can adequately defend myself as I exercise my right to due process.

Additionally under TITLE 7 §186.34(d)(1)(A) request information pertaining to whether designated as pertain to my incident (A victim of gun shots in the act of violence) in shared database accessible by Law Enforcement Agency and name of the Law Enforcement Agency that made the

EOIR — 15 of 58

designation, as well as required information as to the basis for the designation. As well as "Vaughn Index" of any withheld responsive records. *If you deny all or any part of this request, please cite each specific exemption you think justifies your decision not to release the information and notify me of appeal procedures under the law.*

**Preserve Records and Searches for Judicial Review**

Please search for, locate and preserve all responsive or potentially responsive records and records of your searches in your FOIA case file until the statutory judicial review has passed (should that be necessary) or in accordance with a NARA approved records schedule, if longer. NARA GRS 4.2 requires that FOIA and Privacy Act case files be retained for 6 years after final agency action or 3 years after final adjudication by the courts, whichever is later. Records of responsive searches would include but not be limited to: searches conducted for each specific record sought and all other records known to the Agency, including dates, manner of searching, responsible agent or employee conducting each search and the results thereof. Such persons determining the locations of responsive records must be inclusive of persons who would know such locations and their identities and manner of determining search locations must be preserved.

In any subsequent proceedings, I may seek sworn declarations and a court order appointing a special counsel, as appropriate. Similarly, I may pursue additional venues.

Any deletion of potentially responsive records by any party having knowledge of this Request may be a violation of law. In as much as applicable staff and leadership have knowledge of my subject request, the Agency must search for, locate and preserve all responsive or potentially responsive records and records of searches in their FOIA case file, and leadership must ensure that this is done. Failing to do so and allowing records to be deleted IAW any other records management schedule may be a violation of law.

**Estimated Completion Dates**

Please provide me the initial estimated completion date (ESD) for this matter along with contemporaneous adjusted ESDs as they change. See *Office of Government Information Services Advisory Opinion No. 2020-01: Agencies Must Provide Estimated Dates of Completion Upon Request* *https:/www.archives.gov/ogis/advisory-opinions/2020-01-agencies-must-provide-edcs*

**Agreement to pay Fees**

Uploaded on: 10/31/2024 at 03:48:00 PM (Eastern Daylight Time) Base City: ELZ

I agree to pay fees for searching or copying the records up to $25. If the fees exceed this amount please advice me of the costs before proceeding. I do not believe that there should be any charge for providing these records, there is public interest in government operations. I am a private individual not seeking documents for commercial use, such that the following applies: "No fees may be charged by any DoD component if the costs of routine collection and processing of the fee are likely to equal or exceed the amount of the fee. With the exception of requester s seeking documents for commercial use, Components shall provide the first two hours of search time, and the first one hundred pages of duplication without charge." The OMB Guidelines direct that searches for responsive records should be done in the "most efficient and least expensive manner." See OMB Fee Guidelines, 52 Fed. Reg. At 10,017. As an "all others" requester, I may only be assessed search and duplication fees and not fees for review. See 32 C.F.R. 286.12-Schedule of fees. Also, please note that, should payment become necessary, the Coinage Act of 1965, specifically Section 31 U.S.C. 5103, entitled "Legal Tender", states: United States coins and currency (including Federal reserve notes and circulating notes of Federal reserve banks and national banks) are legal tender for all debts, public charges, taxes, and dues. Foreign gold or silver coins are not legal tender for debts. (Pub. L. 97-258, Sept. 13, 1982, 96 Stat. 980; Pub. L. 97-452, §1(19), Jan. 12, 1983, 96 Stat. 2477.)

I believe that I have adequately described the records that I am seeking. If you believe that my request is unclear, if you have any questions, or if there is anything else that you need from me to complete this request in a timely manner, please contact me in writing, so that I may perfect my request. If you deem that any portion of my request is unclear, answer the remaining portions and I will perfect a request for additional material as needed.

I thank you very much in advance for your time and assistance.

I declare under penalty of perjury (under the laws of the United States of America), that the foregoing is true and correct, to the best of my knowledge.

Respectfully Submitted,

Juan Garcia Zavala

Date: June 3rd 2024