# Exhibit B

Uploaded on: 10/31/2024 at 3:54:46 PM (Eastern Daylight Time) Base City: ELZ

Outlook

**RE: Juan Ramon Garcia Zavala A[redacted]**

**From** OPLA-York-DutyAttorney <OPLA-York-DutyAttorney@ice.dhs.gov>
**Date** Wed 7/3/2024 11:58 AM
**To** Laura Lorenzo <laura.lorenzo@amicacenter.org>
**Cc** McDonnell, Brian G <Brian.G.Mcdonnell@ice.dhs.gov>

1 attachments (437 KB)
Freedom of Information Act [redacted]pdf;

**[EXTERNAL EMAIL]** This message is from an EXTERNAL source. Please do not click on any links or open any attachments associated with this email unless it comes from a trusted source AND you were expecting to receive this information.

Hello- your client has sent us the attached letter but as you know we are not FOIA officers. I am sure you will advise him of that distinction.

I am including some information that I located on the web that might be helpful in your client's quest for his A file.

https://www.foia.gov/faq.html

Please let him know, that the Department of Homeland Security (DHS) U.S. Citizenship and Immigration Services (USCIS) is the custodian for the A file not ICE and certainly not OPLA.

https://www.uscis.gov/records/request-records-through-the-freedom-of-information-act-or-privacy-actc

As a courtesy I searched for the location of the A file. The A file is not in our possession but at the National Records Center.

I will contact the assigned TA for that docket re: any other issues that you may have.

John Ellington
Duty

EOIR — 19 of 58

**From:** Laura Lorenzo <laura.lorenzo@amicacenter.org>
**Sent:** Wednesday, July 3, 2024 11:23 AM
**To:** OPLA-York-DutyAttorney <OPLA-York-DutyAttorney@ice.dhs.gov>
**Subject:** Juan Ramon Garcia Zavala A[redacted]

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Good morning.

I hope this email finds you well. I am writing with regard to my client, Juan Ramon Garcia Zavala (A[redacted] who is currently detained at Moshannon Valley Processing Center. My client has his master calendar hearing scheduled for July 11. 2024, at 1:00pm before IJ Adam Panopoulos.

In advance of the hearing, I would like to request Mr. Garcia Zavala's I-213, and the rest of his A-file. Currently, the only document I am able to see on my client's case is what was submitted as evidence in withholding only proceedings: His reasonable fear interview, his previous removal order, and the notice to reinstate the previous removal order.

Thank you for your prompt and diligent attention to this matter.

Regards,

**Laura M. Lorenzo** (she/her/ella)
**Staff Attorney** | Detained Adults Program

Amica Center for Immigrant Rights

**Amica Center for Immigrant Rights is formerly known as CAIR Coalition.**
To learn more about our new name and new brand, click here.

1025 Connecticut Avenue NW, Suite 701
Washington, DC 20036
p. +1 (771) 208-4080
f. +1 (202) 331-3341
**www.amicacenter.org**

Admitted to practice in the District of Columbia and New York State.

CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail and then destroy all copies of the transmission.