# Exhibit C

SecureRelease™ Portal

Request Number: 2024-ICFO-49447

## Details of Request

(Read only details of request)

CANCEL

**Request Description:** Deportation records, including but not limited to Form I-213; and any documents, records, or database entries in possession of ICE related to Mr. Garcia Zavala's identification as a gang member.

**Agency:** Department of Homeland Security

**Component:** U.S. Immigration & Customs Enforcement

**Processing Track:** Expedited

**Request Type:** FOIA Request

**Submitted Date:** 07/31/2024

**Request Status:** Searching for Records

**Identity Verification Status:** Not Requested by Agency

**Fee Waiver Requested? :** Declined

**Reason for Fee Waiver:** I am a pro bono attorney for my client who is in ICE custody

**Expedited Processing?:** Granted

**Reason for Expedited Processing:** Client is in ICE custody and in withholding only proceedings. His Master Calendar hearing is on August 1, 2024. After that, a date for an individual hearing will be set for sometime in the next month, month and a half. My client's fear of return to his home country relates to the allegations by the US government that he is a gang member. Not having these documents will significantly obstruct his defense in court, thus affecting his due process rights.

## Files uploaded by user

Search

| File Name | Attachment Type |
|---|---|
| g-28 ICE.pdf | General Documentation |
| g-639 signed.pdf | General Documentation |
| Hearing Notice Aug 1 (1).pdf | Expedition Request Documentation |

5 rows 1-3 of 3

SUPPORT LICENSES PRIVACY NOTICE COOKIE NOTICE

COOKIE SETTINGS GOVERNMENT SYSTEM NOTICE

© 2024 Powered by Deloitte