# Exhibit D

Outlook

## RE: Juan Ramon Garcia Zavala A075 644 179

**From** OPLA-York-DutyAttorney <OPLA-York-DutyAttorney@ice.dhs.gov>
**Date** Mon 9/30/2024 7:24 PM
**To** Laura Lorenzo <laura.lorenzo@amicacenter.org>; OPLA-York-DutyAttorney <OPLA-York-DutyAttorney@ice.dhs.gov>

**[EXTERNAL EMAIL]** This message is from an EXTERNAL source. Please do not click on any links or open any attachments associated with this email unless it comes from a trusted source AND you were expecting to receive this information.

Good evening,

You will receive a copy of DHS's evidence packet once it is filed.

Regards,

Brian G. McDonnell
Deputy Chief Counsel
Office of the Principal Legal Advisor, Philadelphia (York)
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

***** Warning *** Attorney/Client Privilege *** Attorney Work Product *****
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

**From:** Laura Lorenzo <laura.lorenzo@amicacenter.org>
**Sent:** Monday, September 30, 2024 4:43 PM
**To:** OPLA-York-DutyAttorney <OPLA-York-DutyAttorney@ice.dhs.gov>
**Subject:** Juan Ramon Garcia Zavala A[redacted]

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Good afternoon,

My name is Laura M. Lorenzo. I am Mr. Garcia Zavala's attorney. My E-28 is on file. I am writing to request a copy of Mr. Garcia Zavala's I-213 dated 04/25/2024.
Mr. Garcia Zavala's individual hearing is scheduled for November 20, 2024, with I.J Panopoulos. The filing deadline is set to November 06, 2024.

Thank you for your prompt response.

Regards,

**Laura M. Lorenzo** (she/her/ella)
**Staff Attorney** | Detained Adults Program

Amica Center for Immigrant Rights

**Amica Center for Immigrant Rights is formerly known as CAIR Coalition.**
To learn more about our new name and new brand, click here.

1025 Connecticut Avenue NW, Suite 701
Washington, DC 20036
p. +1 (771) 208-4080
f. +1 (202) 331-3341
**www.amicacenter.org**

Admitted to practice in the District of Columbia and New York State.

CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail and then destroy all copies of the transmission.