# Exhibit F

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**ELIZABETH IMMIGRATION COURT**

Respondent Name:
GARCIA ZAVALA, JUAN RAMON

To:
Lorenzo, Laura Maria
1025 Connecticut Avenue NW
Suite 701
Washington, DC 20036

A-Number:
[redacted]

Riders:
In Withholding Only Proceedings
Initiated by the Department of Homeland Security

Date:
11/20/2024

## ORDER OF THE IMMIGRATION JUDGE

☑ Respondent ☐ The Department of Homeland Security has filed the following motion in these proceedings:
Motion for Subpoena

After considering the facts and circumstances, the motion is ☐ granted ☑ denied for the following reason(s):
After hearing arguments from the parties at the hearing today, the Court will deny the instant motion for subpoena. The Court determines that the respondent has not established that he has made a diligent effort, without success, to produce the information sought. 8 C.F.R. § 1003.35(b)(2). DHS-ICE has expedited the FOIA request, which has been pending for approximately 3 months and 20 days. Because the FOIA request will likely be adjudicated in the reasonably foreseeable future, the Court will deny the motion for subpoena pursuant to regulation.

Immigration Judge: PANOPOULOS, ADAM 11/20/2024

Appeal: Department of Homeland Security: ☐ waived ☐ reserved
Respondent: ☐ waived ☐ reserved

Appeal Due:

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : GARCIA ZAVALA, JUAN RAMON | A-Number : 075644179

Riders:

Date: 11/20/2024 By: VITALI, PATRICIA, Court Staff