# Exhibit G

IMMIGRATION COURT
625 EVANS STREET, ROOM 148A
ELIZABETH, NJ 07201

Amica Center for Immigrant Rights
Lorenzo, Laura Maria
1025 Connecticut Avenue NW
Suite 701
Washington, DC 20036

**FILE: A**[redacted]

**RE: GARCIA ZAVALA, JUAN RAMON**

NOTICE OF WITHHOLDING - ONLY HEARING

PLEASE TAKE NOTE THAT YOUR WITHHOLDING-ONLY HEARING HAS BEEN **SCHEDULED**~~/RESCHEDULED~~ BEFORE THE IMMIGRATION COURT ON **Mar 17, 2025 AT 1:00 P.M.** AT THE FOLLOWING ADDRESS:

**625 EVANS STREET ROOM 148A**
**ELIZABETH, NJ 07201**

YOU MAY BE REPRESENTED IN THIS PROCEEDING, AT NO EXPENSE TO THE GOVERNMENT, BY AN ATTORNEY OR OTHER INDIVIDUAL AUTHORIZED AND QUALIFIED TO REPRESENT PERSONS BEFORE AN IMMIGRATION COURT. IF YOU WISH TO BE SO REPRESENTED, YOUR ATTORNEY OR REPPRESENTATIVE SHOULD APPEAR WITH YOU AT THIS HEARING.

IN THE EVENT THAT YOU ARE RELEASED FROM CUSTODY, YOU MUST IMMEDIATELY REPORT ANY CHANGE IN YOUR ADDRESS AND TELEPHONE NUMBER TO THE IMMIGRATION COURT ON THE ATTACHED FORM EOIR-33. IF YOU FAIL TO PROVIDE AN ADDRESS, YOUR SCHEDULED HEARING MAY BE HELD IN YOUR ABSENCE.

FAILURE TO APPEAR AT YOUR HEARING EXCEPT FOR EXCEPTIONAL CIRCUMSTANCES* MAY RESULT IN ONE OF THE FOLLOWING ACTIONS:

1. YOUR HEARING WILL BE HELD IN YOUR ABSENCE AND YOUR APPLICATION MAY BE DENIED BY AN IMMIGRATION JUDGE.
2. YOU MAY BE TAKEN INTO CUSTODY BY THE DEPARTMENT OF HOMELAND SECURITY AND HELD FOR FURTHER ACTION.
3. YOU MAY BE REMOVED FROM THE UNITED STATES WITHOUT FURTHER HEARING.

*EXCEPTIONAL CIRCUMSTANCES REFERS TO EXCEPTIONAL CIRCUMSTANCES SUCH AS SERIOUS ILLNESS OF THE ALIEN OR DEATH OF AN IMMEDIATE RELATIVE OF THE ALIEN, BUT NOT INCLUDING LESS COMPELLING CIRCUMSTANCES.

FOR INFORMATION REGARDING THE STATUS OF YOUR CASE, CALL TOLL FREE 1-800-898 7180 OR 304-625-2050.

---

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL [M] PERSONAL SERVICE [P] ELECTRONIC SERVICE [E]
TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [E] ALIEN's ATT/REP [E] DHS
DATE: NOV 20, 2024 BY: COURT STAFF PV
Attachments: [ } EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

---

T8